___



**SO ORDERED,**

*Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: September 14, 2018**

**The Order of the Court is set forth below. The docket reflects the date entered.**
___

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

| | |
|---|---|
| IN RE:    ALAMO MECHANICAL, LLC | CASE NO. 18-51706-KMS |
| DEBTOR-IN-POSSESSION | CHAPTER 11 |

### ORDER ON MOTION TO WITHDRAW MOTION FOR ENTRY OF ORDER TO SHOW CAUSE AS TO WHY DONALD W. MEDLEY AND KEN E. BLANCHARD SHOULD NOT BE HELD IN CONTEMPT OF COURT
### (DK#39)

THIS MATTER having come on for consideration of the Debtor-In-Possession's Motion to Withdraw Motion For Entry of An Order to Show Cause As to Why Donald W. Medley and Ken E. Blanchard Should Not Be Held in Contempt of Court **(DK #39)** ("Motion to Withdraw"), and the Court, having considered same, is of the opinion that the Motion to Withdraw should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Motion to Withdraw **(DK#39)** is hereby granted and the Debtor-in-Possession's Motion For Entry of An Order to Show Cause As to Why Donald W. Medley and Ken E. Blanchard Should Not Be Held in Contempt of Court **(DK#9)** is hereby withdrawn, without prejudice.

##END OF ORDER##

Presented By:

William J. Little, Jr., MS Bar #1287
LENTZ & LITTLE, P.A.
2505 14th St., Suite 100
Gulfport, MS 39501
(228) 867-6050